**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. |
| | ) | |
| v. | ) | Count One: 18 U.S.C. § 371 |
| | ) | (Conspiracy) |
| | ) | |
| LEVONDA J. SELPH | ) | Count Two: 18 U.S.C. § 201 |
| | ) | (Bribery) |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S MOTION TO SEAL THE INFORMATION, PLEA
AGREEMENT, PLEA PROCEEDING AND FUTURE PROCEEDINGS IN
THIS CASE UNTIL FURTHER ORDER OF THIS COURT**

The UNITED STATES OF AMERICA, by and through its undersigned attorneys, hereby

submits this motion to seal the Information, plea agreement and related plea materials, plea

proceeding, and all future proceedings in connection with this case until further Order of this

Court, and to seal the instant motion to seal. In support of this motion the United States states as

follows:

1.      The Defendant LEVONDA J. SELPH has agreed to enter a pre-indictment plea to

a two-count criminal Information.

2.      The sealing is necessary because the plea agreement contains sensitive

information, disclosure of which would not be in the interest of either the Defendant or the

United States, especially as disclosure could jeopardize the United States's on-going

investigation.

3.    As part of her plea agreement, the Defendant has agreed to provide cooperation to the United States to aid in the identification and prosecution of other targets of the grand jury.  It is possible that this cooperation will continue until the date of sentencing in this case.

4.    The on-going criminal and grand jury investigation involves a bribery and contracting fraud scheme carried out in Iraq and elsewhere.  Based on the nature of the on-going criminal and grand jury investigation, the United States submits that public notice of the Defendant's cooperation would likely compromise the investigation by (1) placing the Defendant's personal safety at risk; (2) alerting potential targets of the Defendant's cooperation against them, thereby causing the cooperating Defendant to be reluctant to continue her cooperation; (3) causing prospective witnesses, including the cooperating Defendant, to be deterred from testifying or to be less likely to provide truthful testimony to the grand jury; (4) causing potential witnesses to avoid authorities' attempts to contact them; and (5) causing potential witnesses and targets to destroy documentary and other evidence which may be subpoenaed by the grand jury or otherwise obtained by the United States.

5.    It is the experience of veteran prosecutors assigned to this matter, as well as experienced law enforcement officials, that it is a common practice for individuals who are under criminal investigation or who have committed illegal acts to check the public record in the Criminal Clerk's office to ascertain whether the government has filed any pleadings under seal in cases against former associates.  Consequently, public notice of the filing of the sealed pleadings is likely to compromise any on-going criminal and grand jury investigation and present a substantial risk to the personal safety of cooperating individuals.

6.      In addition, the United States submits that the premature public docketing of these pleadings may well deny the Defendant the benefits of the 18 U.S.C. § 3553(e) and 5K1.1 departure provisions, which afford the Court an opportunity after-the-fact to review and credit a defendant's cooperation when imposing sentence.  Premature disclosure may also frustrate efforts to develop future cooperating defendants through use of these provisions of the Sentencing Guidelines.

7.      Accordingly, the United States submits that these facts present a compelling governmental interest which justifies the sealing of the criminal Information, plea agreement and related plea materials, plea proceeding, and all future proceedings in connection with this case until further Order of this Court, and the sealing of this motion and proposed Order until the United States represents that it can continue its criminal prosecution without substantial risk that it would be jeopardized by the public docketing of the fact that sealed pleadings have been filed in this case.

8.      Defense counsel has been advised of the contents of this motion and has not indicated any objection to it.

WHEREFORE, it is respectfully requested that this motion be granted.


Respectfully submitted,


LISA PHELAN, Chief                          WILLIAM M. WELCH II, Chief
National Criminal Enforcement Section       Public Integrity Section
Antitrust Division                          Criminal Division


By: _____              By: _____
EMILY W. ALLEN                              ANN C. BRICKLEY
MARK W. PLETCHER                            RICHARD B. EVANS
Trial Attorneys                             Trial Attorneys
United States Department of Justice         United States Department of Justice
Antitrust Division                          Criminal Division
National Criminal Enforcement Section       Public Integrity Section
1401 H Street, NW                           1400 New York Ave., NW, 12th Floor
Washington, DC 20005                        Washington, DC 20005
(202) 307-0946                              (202) 514-1412
emily.allen@usdoj.gov                       ann.brickley@usdoj.gov
mark.pletcher@usdoj.gov                     richard.b.evans@usdoj.gov


Dated: October 30, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. |
| | ) | |
| v. | ) | Count One: 18 U.S.C. § 371 |
| | ) | (Conspiracy) |
| | ) | |
| LEVONDA J. SELPH | ) | Count Two: 18 U.S.C. § 201 |
| | ) | (Bribery) |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter coming before this Court on the Motion of the United States to seal the Information, plea agreement and related plea materials, plea proceeding, and all future proceedings in connection with this case until further Order, the Court finds that public docketing at this time will likely jeopardize an on-going criminal and grand jury investigation and place the personal safety of parties involved in the investigation at unnecessary risk, and that there is a compelling governmental interest in sealing the pleadings, records, and files in this case which justifies a delay in the public docketing. Accordingly,

IT IS HEREBY ORDERED:

1.    The Information, plea agreement and related plea materials, plea proceeding, and all future proceedings in connection with this case shall be conducted under seal until further Order of this Court.

2.      The Motion of the United States to seal the Information, plea proceeding, and

future proceedings, and this Order of the Court, shall be sealed until further Order of this Court.


_____
UNITED STATES JUDGE


Dated: _____