UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO. CR-07-295-RBW |
| | | **FILE UNDER SEAL** |
| LEVONDA SELPH | § | |

<u>**NOTICE OF APPEARANCE**</u>

TO THE HONORABLE REGGIE B. WALTON, DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

COMES NOW, Douglas C. McNabb, by and through the firm of McNabb Associates, P.C., on behalf of Levonda Selph, Defendant, and respectfully files his Notice of Appearance. In support, Counsel would show as follows:

**I.**

This motion is based on good cause in that the Defendant has retained McNabb Associates, P.C. as her law firm for the above referenced criminal proceeding. Therefore, the undersigned, Douglas C. McNabb, formally serves this Honorable Court with his Notice of Appearance.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Movant prays this Honorable Court will accept this motion as his formal entry of appearance, and for such other relief as Movant may show himself justly entitled.

Respectfully submitted,
McNabb Associates, P.C.

_____
Douglas C. McNabb
The Willard Office Building
1455 Pennsylvania Ave., NW, Suite 400
Washington, D.C. 20004
(202) 349-4015
(202) 349-1464 FAX
mcnabb@mcnabbassociates.com

Attorney For Defendant,
Levonda Selph

## CERTIFICATE OF SERVICE

    I, Douglas C. McNabb, do hereby certify that on this the _____ day of November 2007, a true and correct copy of Notice of Appearance was sent by email to Trial Attorney Emily Allen, 1401 H Street NW, Suite 3700, Washington, DC 20530 and Trial Attorney Ann C. Brickley, 1400 New York Ave., NW, Suite 12100, Washington, DC 20530.

_____
Douglas C. McNabb
Attorney for Defendant,
Levonda Selph