UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO. CR-07-295-RBW |
| | | **FILE UNDER SEAL** |
| LEVONDA SELPH | § | |

### COUNSEL'S MOTION TO SEAL HIS NOTICE OF APPEARANCE AND NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE REGGIE B. WALTON, DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

COMES NOW, Douglas C. McNabb, by and through the firm of McNabb Associates, P.C., on behalf of Levonda Selph, Defendant, and respectfully files Counsel's Motion to Seal His Notice of Appearance and Notice of Change of Address. In support, Counsel would show as follows:

**I.**

The above referenced case is currently sealed due to Defendant's cooperation with the government and therefore, Counsel wishes that these notices not be made a matter of public record.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that this Honorable Court will seal his Notice of Appearance and Notice of Change of Address.

        Respectfully submitted,
        McNabb Associates, P.C.


        _____
        Douglas C. McNabb
        The Willard Office Building
        1455 Pennsylvania Ave., NW, Suite 400
        Washington, D.C. 20004
        (202) 349-4015
        (202) 349-1464 FAX
        mcnabb@mcnabbassociates.com

        Attorney For Defendant,
        Levonda Selph


### **CERTIFICATE OF SERVICE**

    I, Douglas C. McNabb, do hereby certify that on this the _____ day of November 2007, a true and correct copy of Counsel's Motion to Seal His Notice of Appearance and Notice of Change of Address was sent by email to Trial Attorney Emily Allen, 1401 H Street NW, Suite 3700, Washington, DC 20530 and Trial Attorney Ann C. Brickley, 1400 New York Ave., NW, Suite 12100, Washington, DC 20530.


        _____
        Douglas C. McNabb
        Attorney for Defendant,
        Levonda Selph

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO. CR-07-295-RBW |
| | § | **FILE UNDER SEAL** |
| LEVONDA SELPH | § | |

**ORDER ON <u>COUNSEL'S MOTION TO SEAL HIS NOTICE OF APPEARANCE AND NOTICE OF CHANGE OF ADDRESS</u>**

BE IT REMEMBERED that on this date came on to be heard Counsel's Motion to Seal His Notice of Appearance and Notice of Change of Address, and the Court having considered same is of the opinion that said motion should be GRANTED. It is therefore

ORDERED that Counsel's Notice of Appearance and Notice of Change of Address be sealed.

SIGNED on this _____ day of _____, 2007.

_____
HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT COURT