UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO. CR-07-295-RBW |
| | | **FILE UNDER SEAL** |
| LEVONDA SELPH | § | |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE REGGIE B. WALTON, DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

COMES NOW, Douglas C. McNabb, by and through the firm of McNabb Associates, P.C., on behalf of Levonda Selph, Defendant, and respectfully files his Notice of Change of Address. In support, Counsel would show as follows:

**I.**

I would like to serve this Honorable Court with my Notice of Change of Address, which is listed below:

Douglas C. McNabb
McNabb Associates, P.C.
The Willard Office Building
1455 Pennsylvania Ave., NW
Suite 400
Washington, DC 20004

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Movant prays this Honorable Court will accept this Notice of Change of Address, and for such other relief as Movant may show himself justly entitled.

        Respectfully submitted,
        McNabb Associates, P.C.


        _____
        Douglas C. McNabb
        The Willard Office Building
        1455 Pennsylvania Ave., NW, Suite 400
        Washington, D.C. 20004
        (202) 349-4015
        (202) 349-1464 FAX
        mcnabb@mcnabbassociates.com

        Attorney For Defendant,
        Levonda Selph


## **CERTIFICATE OF SERVICE**

     I, Douglas C. McNabb, do hereby certify that on this the _____ day of November 2007, a true and correct copy of Notice of Change of Address was sent by email to Trial Attorney Emily Allen, 1401 H Street NW, Suite 3700, Washington, DC 20530 and Trial Attorney Ann C. Brickley, 1400 New York Ave., NW, Suite 12100, Washington, DC 20530.


        _____
        Douglas C. McNabb
        Attorney for Defendant,
        Levonda Selph