FILED
NOV 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 07-295 |
| | ) | |
| v. | ) | Count One: 18 U.S.C. § 371 |
| | ) | (Conspiracy) |
| | ) | |
| LEVONDA J. SELPH | ) | Count Two: 18 U.S.C. § 201 |
| | ) | (Bribery) |
| Defendant. | ) | |
| | ) | |

ORDER

This matter coming before this Court on the Motion of the United States to seal the Information, plea agreement and related plea materials, plea proceeding, and all future proceedings in connection with this case until further Order, the Court finds that public docketing at this time will likely jeopardize an on-going criminal and grand jury investigation and place the personal safety of parties involved in the investigation at unnecessary risk, and that there is a compelling governmental interest in sealing the pleadings, records, and files in this case which justifies a delay in the public docketing. Accordingly,

IT IS HEREBY ORDERED:

1.  The Information, plea agreement and related plea materials, plea proceeding, and all future proceedings in connection with this case shall be conducted under seal until further Order of this Court.



2. The Motion of the United States to seal the Information, plea proceeding, and future proceedings, and this Order of the Court, shall be sealed until further Order of this Court.

_____
UNITED STATES JUDGE

Dated: November 1, 2007