UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**

MAR 12 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO. CR-07-295-RBW |
| | | **FILE UNDER SEAL** |
| LEVONDA SELPH | § | |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF PLEA DATE

TO THE HONORABLE REGGIE B. WALTON, DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

COMES NOW, Douglas C. McNabb, by and through the firm of McNabb Associates, P.C., on behalf of Levonda Selph, Defendant, and respectfully files Defendant's Unopposed Motion for Continuance of Plea Date. In support, Defendant would show as follows:

### I.

On October 30, 2007, the United States charged Ms. Selph in a two count Information. Count one charges Ms. Selph with conspiracy in violation of 18 U.S.C. § 371. Count two charges Ms. Selph with bribery in violation of 18 U.S.C. § 201.

### II.

Ms. Selph is currently scheduled to retire from the U.S. Army on June 1, 2008. Defendant's counsel would respectfully request that she be allowed to retire by continuing her plea date to no earlier than June 1, 2008.

**III.**

U.S. Trial Attorney Emily Allen has informed Defendant's counsel that the government is unopposed to this Motion.

**IV.**

This Motion is not made for the purposes of delay, but to avoid prejudice and harm to Defendant, and in the interest of justice, due process and fundamental fairness.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant prays this Honorable Court will find that a continuance is proper in the interest of justice, due process and fundamental fairness, and continue Defendant's plea date to June 10, 2008 at 9:00 am.

Respectfully submitted,
McNabb Associates, P.C.

Douglas C. McNabb
The Willard Office Building
1455 Pennsylvania Ave., NW, Suite 400
Washington, D.C. 20004
(202) 349-4015
(202) 349-1464 FAX
mcnabb@mcnabbassociates.com

Attorney For Defendant,
Levonda Selph

## CERTIFICATE OF SERVICE

    I, Douglas C. McNabb, do hereby certify that on this the 12th day of March, 2008, a true and correct copy of Defendant's Unopposed Motion for Continuance of Plea Date was sent by email to Trial Attorney Emily Allen, 1401 H Street NW, Suite 3700, Washington, DC 20530 and Trial Attorney Ann C. Brickley, 1400 New York Ave., NW, Suite 12100, Washington, DC 20530.

                                                      */s/ Douglas C. McNabb*
                                                      Douglas C. McNabb
                                                      Attorney for Defendant,
                                                      Levonda Selph