|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF COLUMBIA | | **FILED**<br>MAR 1 4 2008 |
| UNITED STATES OF AMERICA | § | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| VS. | § | CASE NO. CR-07-295-RBW<br>**FILE UNDER SEAL** |
| LEVONDA SELPH | § | |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF PLEA DATE

Having considered Defendant's Unopposed Motion for Continuance of Plea Date, and good cause appearing, the Court hereby finds:

1. Pursuant to 18 U.S.C. §§ 3161(h)(1)(I), (h)(8)(A), (h)(8)(B)(i), and (h)(8)(B)(iv), this Honorable Court finds that a continuance is permitted because the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial. Specifically, failure to grant the continuance requested by Defendant would deny Defendant's counsel the reasonable time necessary for effective representation, taking into account the exercise of due diligence, and result in a miscarriage of justice. The government does not object to the continuance.

2. Nothing in this motion and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

3. Defense counsel represents that he has conferred with Defendant regarding the continuance of the plea date requested herein and advised her of her rights under the Speedy Trial Act and that Defendant knowingly and voluntarily waives her rights under the Speedy Trial Act and agrees to the continuance requested in this motion.

4. Based on the reasons above, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendant in a trial within the original date prescribed by the Speedy Trial Act.

THEREFORE, GOOD CAUSE SHOWING:

IT IS HEREBY ORDERED that, for the reasons set forth above, the time period is deemed excludable time under the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161(h)(1)(I), (h)(8)(A), (h)(8)(B)(i), and (h)(8)(B)(iv).

IT IS FURTHER ORDERED that the plea date is set for June 10, 2008, at 9:00 am, and that Defendant Levonda Selph shall appear in Courtroom 16 of the Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, DC 20001 on June 10, 2008 at 9:00 am.

IT IS SO ORDERED.

SIGNED on this 13th day of March, 2008.

HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT COURT