UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**

*MAR  2008*

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO. CR-07-295-RBW |
| | | **FILE UNDER SEAL** |
| LEVONDA SELPH | § | |

### DEFENDANT'S MOTION TO SEAL DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL DATE

TO THE HONORABLE REGGIE B. WALTON, DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

COMES NOW, Douglas C. McNabb, by and through the firm of McNabb Associates, P.C., on behalf of Levonda Selph, Defendant, and respectfully files this Motion to Seal Defendant's Unopposed Motion For Continuance of Plea Date. In support, Defendant would show as follows:

### I.

Defendant is cooperating with the government and wishes that it not be made a matter of public record. Defendant is concerned that safety issues may arise due to the nature of this case should this matter not be sealed. Furthermore, this case is currently under seal due to these conditions.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that this Honorable Court will seal Defendant's Unopposed Motion For Continuance of Plea Date.

Respectfully submitted,
McNabb Associates, P.C.

*[signature]*

Douglas C. McNabb
The Willard Office Building
1455 Pennsylvania Ave., NW, Suite 400
Washington, D.C. 20004
(202) 349-4015
(202) 349-1464 FAX
mcnabb@mcnabbassociates.com

Attorney For Defendant,
Levonda Selph

## CERTIFICATE OF SERVICE

I, Douglas C. McNabb, do hereby certify that on this the 12th day of March, 2008, a true and correct copy of Motion to Seal Defendant's Unopposed Motion for Continuance of Plea Date was sent by email to Trial Attorney Emily Allen, 1401 H Street NW, Suite 3700, Washington, DC 20530 and Trial Attorney Ann C. Brickley, 1400 New York Ave., NW, Suite 12100, Washington, DC 20530.

*[signature]*

Douglas C. McNabb
Attorney for Defendant,
Levonda Selph