IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No.  07-295 (RBW) |
| | ) | |
| v. | ) | Count One: 18 U.S.C. § 371 |
| | ) | (Conspiracy) |
| | ) | |
| LEVONDA J. SELPH | ) | Count Two: 18 U.S.C. § 201 |
| | ) | (Bribery) |
| Defendant. | ) | |
| | ) | |

### ORDER UNSEALING INFORMATION, PLEA AGREEMENT, AND PLEA PROCEEDING

It is hereby ORDERED that the seal imposed by this Court on the Information, plea agreement and related plea materials, plea proceeding, and all future proceedings in connection with the above-captioned case is removed.

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Date: June 10, 2008