U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

**FILED**
JUN 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA        :

v.                              :        Case No. 07 · 295 (RBW)

Levonda J. Selph                :

                                :

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __10th__ day of __June, 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __June 10, 2008__ by __Special Agent Larry Moreland__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DOJ USA-16-80

DEFENSE COUNSEL