AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

FILED
JUN 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

———————— DISTRICT OF ————————

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Levonda J. Selph | WAIVER OF INDICTMENT<br><br>CASE NUMBER: 07 295 (RBW) |

I, __Levonda J. Selph__, the above named defendant, who is accused of




being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/10/08__ prosecution by indictment and consent that the
                              *Date*
proceeding may be by information rather than by indictment.




_Levonda J Selph_
*Defendant*

_[signature]_
*Counsel for Defendant*

Before _Reggie B. Walton_
       *Judicial Officer*