IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Criminal No. 07-295 (RBW) |
| v. | ) | |
| | ) | Count One: 18 U.S.C. § 371 |
| | ) | (Conspiracy) |
| | ) | |
| LEVONDA J. SELPH | ) | |
| | ) | Count Two: 18 U.S.C. § 201 |
| Defendant. | ) | (Bribery) |
| | ) | |

## ELEMENTS OF OFFENSES

The United States, by and through the undersigned attorneys, hereby submits the

following elements of the offenses charged in the Information.

1.    To prove conspiracy (18 U.S.C. § 371) as charged in Count One of the

Information, the United States must establish:

First:  That the defendant and at least one other person made an agreement to commit the

crime of bribery, as charged in the Information;

Second:  That the defendant knew the unlawful purpose of the agreement and joined in it

willfully, that is, with the intent to further the unlawful purpose; and

Third:  That one of the conspirators during the existence of the conspiracy knowingly

committed at least one of the overt acts described in the Information, in order to accomplish

some object or purpose of the conspiracy.

2.    To prove bribery (18 U.S.C. § 201(b)(2)) as charged in Count Two of the

Information, the United States must establish:

First:  That the defendant was a public official;

Second:  That the defendant, directly or indirectly, received something of value for being influenced in the performance of an official act, or for being persuaded to do or not to do an act in violation of her official duty or to commit or collude in a fraud on the United States; and

Third:  That the defendant acted corruptly, that is, with the intent to be influenced in the performance of an official act; to defraud the United States; or to do or omit to do an act in violation of her official duty.

DATED: June 10, 2008, at Washington, D.C.

Respectfully submitted,

Emily W. Allen, Trial Attorney
Mark W. Pletcher, Trial Attorney
United States Department of Justice
Antitrust Division
National Criminal Enforcement Section
450 5th Street NW, Suite 11300
Washington, DC 20530

Ann C. Brickley, Trial Attorney
Richard B. Evans, Trial Attorney
United States Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave., NW, 12th Floor
Washington, DC 20005