**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

JUN 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Criminal No. 07-295 (RBW) |
| v. | ) | |
| | ) | Count One: 18 U.S.C. § 371 |
| | ) | (Conspiracy) |
| LEVONDA J. SELPH | ) | |
| | ) | Count Two: 18 U.S.C. § 201 |
| Defendant. | ) | (Bribery) |
| | ) | |

## FACTUAL BASIS FOR PLEA

Had this case gone to trial, the United States would have presented evidence sufficient to prove the following facts:

1.      During the period from at least in or about April 2004 until at least in or about December 2005 (the "relevant period"), the Defendant was a Lieutenant Colonel with the United States Army National Guard. From in or about January 2004 through in or about October 2004, and from in or about January 2005 through in or about October 2005, the Defendant was deployed to Baghdad, Iraq, as a Contracting Officer's Representative ("COR") with the Multinational Security Transitional Command—Iraq ("MNSTC-I"), a branch of the Department of Defense. During the relevant period, the Defendant was a public official within the meaning of 18 U.S.C. § 201(a)(1).

2.      In April 2004, MNSTC-I solicited bids on a new one-year contract for the construction, maintenance, and operation of several warehouses around Iraq. The Defendant served as a member of the Source Selection Evaluation Team and was assigned as the COR after the contract was awarded on or about May 12, 2004. As the COR, the Defendant authorized

work, monitored performance, and verified invoices submitted by the contractor. The winning contractor, Contractor A, was owned by a Kuwaiti businessman and run by Co-conspirator One.

3.      During the relevant period, the Defendant conspired with others known and unknown to corruptly demand, seek, and receive goods and other things of value in return for being influenced in the performance of official acts, in return for committing, aiding in committing, colluding in, or allowing fraud on the United States, and in return for being induced to do or omit to do acts in violation of her official duty. In or around April 2005, as the warehousing contract came up for re-solicitation, Co-Conspirator One severed his ties with Contractor A and formed his own contracting company, Co-conspirator Contractor B. In return for goods and other things of value, the Defendant and co-conspirators arranged for Co-conspirator Contractor B to win the renewal contract through a rigged selection process.

4.      During the relevant period, the Defendant, as a public official, corruptly demanded, sought, received, and accepted goods and other things of value in return for being influenced in the performance of official acts, in return for committing, aiding in committing, colluding in, or allowing fraud on the United States, and in return for being induced to do or omit to do acts in violation of her official duty. In return for her official acts in ensuring Co-conspirator Contractor B won the 12-month warehouse renewal contract, the Defendant demanded, sought, received, and accepted items of value, including a vacation in Thailand and the proceeds from the sale of a trailer, from Co-conspirator One and Co-conspirator Contractor B.

5.      During the relevant period, the Defendant, as a public official with MNSTC-I, accepted more than one bribe from co-conspirators in return for being influenced in the performance of official acts and in return for committing, aiding in committing, colluding in, or

allowing fraud on the United States, and in return for being induced to do or omit to do acts in

violation of her official duty.  During the relevant period, the Defendant sought, received, and

accepted, as bribes, items of value totaling approximately $9,000.

        DATED: June 10, 2008, at Washington, D.C.


Respectfully submitted,


_____              _____
Emily W. Allen, Trial Attorney              Ann C. Brickley, Trial Attorney
Mark W. Pletcher, Trial Attorney           Richard B. Evans, Trial Attorney
United States Department of Justice        United States Department of Justice
Antitrust Division                                   Criminal Division
National Criminal Enforcement Section     Public Integrity Section
450 5th Street NW, Suite 11300             1400 New York Ave., NW, 12th Floor
Washington, DC 20530                         Washington, DC 20005